# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA AND CORY PHILLIPS,

          Plaintiff(s),

vs.

MESOSYSTEMS TECHNOLOGY, INC.,

02 FEB -5 AM 11: 13   **MLK**

CIVIL NO. CIV-02-0103 DJS/WWD

Defendant(s).

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. §636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record consents to have _____ conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment.

Signed and dated this _____ day of _____, _____.

_____
Attorney for

---

MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES. ACCORDINGLY, IF THIS CASE IS TRANSFERRED ON CONSENT TO THE MAGISTRATE JUDGE, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH ITS SCHEDULING AND PROCESSING. IN ALL LIKELIHOOD, THEREFORE, A CONSENT WILL MEAN THAT THIS CIVIL CASE WILL BE RESOLVED SOONER AND MORE INEXPENSIVELY FOR THE PARTIES.

---

**REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**

In the event you are unwilling to consent, sign below.

Signed and dated this 5th day of February, 2002.

_____
Attorney for Plaintiffs

PLEASE READ THE FOLLOWING PAGE FOR FURTHER INFORMATION
*THIS FORM SHOULD BE RETURNED TO THE CLERK OF COURT
WITHIN 20 DAYS FROM RECEIPT THEREOF*