IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


JAMES SEABA,  et. al.,


       Plaintiff(s),

vs.                                                             CIVIL NO: 02-103 DJS/WWD


MESOSYSTEM TECH,

       Defendant(s).


## M I N U T E   O R D E R

Pursuant to the filing of a refusal to consent to proceed before a U.S. Magistrate Judge,

please be advised that the above-captioned case has been assigned to U.S. District Judge

**C. LeRoy Hansen** and referred to U.S. Magistrate Judge  William W. Deaton   for discovery

purposes.

> "In accordance with D.N.M.LR.Civ. 10.1 'the first page of each paper
> must have the case file number and initials of the assigned judges.'
> **Failure to include the initials of the newly-assigned judge may result
> in untimely receipt of pleadings and subsequent delay of rulings by
> the newly-assigned judge.**"

Kindly reflect this change when submitting further pleadings for this case as

CASE NUMBER **CV   02-103 LH/WWD   .**

ROBERT M. MARCH, CLERK

*Robert M March*