UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED

02 FEB 19 PM 2:47

| | |
|---|---|
| JAMES SEABA and CORY PHILLIPS, | |
| Plaintiffs, | |
| v. | NO. CIV-02-0103 DJS/WWD |
| MESOSYSTEMS TECHNOLOGY, INC., | |
| Defendant. | |

## DEFENDANT'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE

Defendant MesoSystems Technology, Inc. ("MesoSystems") by and through its attorneys and pursuant to F.R.C.P. 12 (b)(3) or 28 U.S.C. §1406 respectfully request this Court dismiss this action for improper venue, or, in the alternative, transfer this matter to the Federal District Court for the Eastern District of Washington where venue properly lies.

As grounds for this Motion, MesoSystems concurrently files its Memorandum in support of this Motion.

WHEREFORE, MesoSystems respectfully prays for dismissal of this action pursuant to F.R.C.P 12(b)(3) for improper venue and allow the parties to refile this action in state or federal court in Benton County, Washington, or, alternatively to transfer this action pursuant to 28 U.S.C. § 1406(a) to another Federal District Court for the Eastern District of Washington

DATED: February 19, 2002.

BAUMAN, DOW & McINTOSH, P.C.

By _____
Christopher P. Bauman
Attorneys for Defendant
PO Box 30684
Albuquerque, New Mexico 87190
(505) 883-3191-telephone
(505) 883-3194-facsimile


PERKINS COIE, LLP

By _____
Paul E. Smith
Attorneys for Defendant
One Bellevue Center
Suite 1800, 411
108th Avenue NE
Bellevue, Washington 98004-5584
(425) 453-7317-telephone
(425) 453-7350-facsimile


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Appear *Pro Hac Vice* was mailed via U.S. Mail to the following, on this _15_ day of February, 2002.

Lisa Mann
Angelo J. Artuso
Erin E. Langenwalter
MODRALL LAW FIRM
Attorneys for Plaintiffs
PO Box 2168
Albuquerque, New Mexico 87103-2168
(505) 848-1800