UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
AT ALBUQUERQUE

FILED

02 FEB 19 PM 2:47

| | |
|---|---|
| JAMES SEABA and CORY PHILLIPS,<br><br>Plaintiffs,<br><br>v.<br><br>MESOSYSTEMS TECHNOLOGY, INC.,<br><br>Defendant. | NO. CIV-02-0103 DJS/WWD |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE DISTRICT JUDGE OF SAID COURT:

Paul E. Smith, Esq., makes this motion to appear *pro hac vice* in the above captioned and numbered cause pursuant to D.N.M.LR-Civ. 83.3, and respectfully states as follows:

1. Movant's address is Perkins Coie LLP, One Bellevue Center, Suite 1800, 411 - 108th Avenue NE, Bellevue, Washington 98004-5584.

2. Movant is in good standing before the State and Federal courts in Washington, and is otherwise eligible to practice before this Court.

3. Movant is not, and has never been, suspended or disbarred in any other Court.

4. There are no pending disciplinary complaints, grievances or other civil or criminal matters pending against Movant.

5. Movant is admitted to practice in the following Courts: all Washington state courts, the U.S. District Court for the Western District of Washington, the U.S. District Court for the District of Arizona, and the U.S. Court of Appeals for the Ninth Circuit.



6. Movant represents MesoSystems Technology, Inc., and is associated with BAUMAN, DOW & McINTOSH, P.C for purposes of the above captioned and numbered cause.

WHEREFORE, Movant respectfully requests this Court grant the Motion to appear *pro hac vice* in this matter.

*Paul E Smith*
Paul E. Smith
PERKINS COIE, LLP
One Bellevue Center
Suite 1800,
411 - 108th Avenue N.E.
Bellevue Washington 98004-5584
(425) 453-7317-telephone
(425) 453-7350-facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Appear *Pro Hac Vice* was mailed via U.S. Mail to the following, on this 15th day of February, 2002.

Lisa Mann
Angelo J. Artuso
Erin E. Langenwalter
MODRALL LAW FIRM
Attorneys for Plaintiffs
PO Box 2168
Albuquerque, New Mexico 87103-2168
(505) 848-1800

Christopher P. Bauman
BAUMAN DOW & McINTOSH, P.C.
Attorneys for Defendant
PO Box 30684
Albuquerque, New Mexico 87190
(505) 883-3191