UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED

JAMES SEABA and CORY PHILLIPS,   02 FEB 19 PM 2:48

Plaintiffs,

v.   NO. CIV-02-0103 DJS/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

Defendant.

### AFFIDAVIT OF NED A. GODSHALL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF BERNALILLO   )

Ned A. Godshall, after being duly sworn and upon his oath states the following to be true, accurate and correct:

1. I am the President and Chief Executive Officer for MesoFuel, Inc. ("MesoFuel"), a wholly owned subsidiary of MesoSystems Technology, Inc. ("MesoSystem") located in Albuquerque, New Mexico.

2. MesoFuel's business focuses on Micro Reaction Technology applications for fuel and other chemical processing.

3. I am the custodian of records created and kept by MesoSystems Technology with respect to its operations in Albuquerque, New Mexico, including but not limited to personnel and employment records.

4. Attached hereto as Exhibits A and B are true and correct copies of Confidential Information, Inventions and Noncompetition Agreements executed by James Seaba and Cory Phillips, respectively.

5. Attached hereto as Exhibits C and D are true and correct copies of Offer of Employment letters "[a]cknowledged and [a]greed to" by James Seaba and Cory Phillips, respectively.

6. Exhibits A, B, C and D are records that are kept in the regular course of business by MesoSystems, and it is a regular practice of MesoSystems to create and keep these records.

FURTHER AFFIANT SAYETH NOT.

_____
NED A. GODSHALL

SUBSCRIBED AND SWORN to before me this 19th day of February, 2002 by Ned A. Godshall, President and CEO of MesoFuel, Inc.

_____
NOTARY PUBLIC

My commission expires: 09-11-04

OFFICIAL SEAL
HILDA KENNEDY
Notary Public
State of New Mexico
My Commission Expires 09-11-04

THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE.