FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
AT ALBUQUERQUE

FEB 2 1 2002

| | |
|---|---|
| JAMES SEABA and CORY PHILLIPS,<br><br>Plaintiffs,<br><br>v.<br><br>MESOSYSTEMS TECHNOLOGY, INC.,<br><br>Defendant. | NO. CIV-02-0103 DJS/WWD |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This matter comes before the Court on Defendant's Motion for Admission *Pro Hac Vice* of Paul E. Smith, Esq. for the purposes of the above-captioned and numbered cause. After careful consideration, the Court is of the opinion that the motion is supported by good cause and should be granted, with the following order issuing.

IT IS THEREFORE

ORDERED, that the Defendant's Motion for Admission *Pro Hac Vice* of Paul E. Smith, Esq. is hereby GRANTED. It is further

ORDERED, that Paul E. Smith is hereby ADMITTED to the United States District Court for the District of New Mexico for the purposes of the above-captioned and numbered action.

IT IS SO ORDERED.

SIGNED, this ___ day of February, 2002.

_____
UNITED STATES JUDGE

Copies to:

Lisa Mann
Angelo J. Artuso
Erin E. Langenwalter
MODRALL LAW FIRM
Attorneys for Plaintiffs
PO Box 2168
Albuquerque, New Mexico 87103-2168
(505) 848-1800

Christopher P. Bauman
BAUMAN DOW & McINTOSH, P.C.
Attorneys for Defendant
PO Box 30684
Albuquerque, New Mexico 87190
(505) 883-3191

Paul E. Smith
PERKINS COIE, LLP
Attorneys for Defendant
One Bellevue Center, Suite 1800
411 - 108th Avenue NE
Bellevue, Washington 98004-5584
(425) 453-7317