IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.                                    Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that Plaintiffs' Initial Disclosures under Rule 1-026(a)(1) were mailed to Defendant's counsel of record, this 29th day of April, 2002.

                              MODRALL, SPERLING, ROEHL, HARRIS
                                &amp; SISK, P.A.

                              By: _____
                                Lisa F. Mann
                                Angelo J. Artuso
                                Attorneys for Plaintiffs
                                Post Office Box 2168
                                Albuquerque, New Mexico 87103-2168
                                Telephone: (505) 848-1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing pleading
was mailed to all counsel of record this
_____29th_____ day of April, 2002.

MODRALL, SPERLING, ROEHL, HARRIS
   &amp; SISK, P.A.

By: _____
     Angelo J. Artuso

0228268