IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



02 MAY -7 AM 11: 34

JAMES SEABA and
CORY PHILLIPS,

       Plaintiffs,

v.

Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

       Defendant.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that Defendants' Initial Disclosures under Rule 1-026(a)(1) were mailed to Plaintiffs' counsel of record, this 29th day of April, 2002.

                                  BAUMAN, DOW & MCINTOSH, P.C.

                                  By: _____
                                  Christopher P. Bauman
                                  PO Box 30684
                                  Albuquerque, NM  87190-0684
                                  (505) 848-1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing pleading
was mailed to all counsel of record this
_1st_ day of May, 2002.

BAUMAN, DOW & MCINTOSH, P.C.

_____
Christopher P. Bauman

15