IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA, et al.,

    Plaintiffs,

vs.                                   Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

## ORDER

This order addresses the Rule 16 conference held May 9, 2002. All discovery in this cause shall be completed by October 7, 2002. Discovery shall be limited as follows:

    1. Maximum number of interrogatories to a party shall be 25.

    2. Maximum number of requests for admissions to a party shall be 50.

    3. Plaintiffs may take 10 depositions. Defendant may take 10 depositions. Each deposition may last for a maximum of 4 hours; depositions of parties and Chuck Call may last for a maximum of 8 hours.

Reports from Plaintiffs' experts shall be served on Defendant on or before July 9, 2002.

Reports from Defendant's experts shall be served on Plaintiffs on or before August 8, 2002.

This cause shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

                                                                         UNITED STATES MAGISTRATE JUDGE