Sharon

RE: 02-103 LH/WWD
Seaba v. Mesosystems

Please show on the docket sheet that a **Scheduling** conference took place on **5-9-02** in this case before Judge Deaton.

Thank you.

Carla

