# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and CORY PHILLIPS,

    Plaintiff,

-vs-                                                    No. CIV 02-0103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

## NOTICE OF MOTION HEARING

**BY DIRECTION OF THE HONORABLE C. LEROY HANSEN:**

**PLEASE TAKE NOTICE** that this matter will come on for a motion hearing on Defendant's Motion to Dismiss or Transfer for Improper Venue, filed February 19, 2002 (Docket No. 5), on **Wednesday, September 4, 2002 at 1:30 p.m.,** at the United States Courthouse, 333 Lomas Blvd. NW, "*Bonito*" Courtroom, 5th Floor, Albuquerque, New Mexico. **Inquiries and scheduling conflicts should be directed to Kathy Gonzales, Courtroom Deputy for Judge Hansen, at 505/348-2250\*.**

                                                */s/ Robert M. March*
                                              **ROBERT M. MARCH, Clerk**

This will certify that a true copy of the foregoing was mailed/electronically noticed on it's date of filing to counsel of record per the Court's Electronic Filing System.

_____

    \* To obtain daily information regarding the status of court settings, please refer to the court calendar which can be accessed through the Court's website at *www.nmcourt.fed.us/dcdocs/*.