FILED
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUN 2 1 2002

| | |
|---|---|
| JAMES SEABA and CORY PHILLIPS, | |
| Plaintiffs, | |
| v. | NO. CIV-02-0103 LH/WWD |
| MESOSYSTEMS TECHNOLOGY, INC., | |
| Defendant. | |

### ORDER GRANTING DEFENDANT'S MOTION TO SUPPLEMENT ITS REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE

THIS MATTER having come before the Court on the Defendant's Motion to Supplement Its Reply Memorandum in Support of Motion to Dismiss or Transfer for Improper Venue, and the Court being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

WHEREFORE, IT IS ORDERED AND ADJUDGED that the Defendant's Motion to Supplement Its Reply Memorandum in Support of Motion to Dismiss or Transfer for Improper Venue is hereby granted.

_____
HONORABLE LEROY HANSEN



Respectfully Submitted:

**BAUMAN, DOW & MCINTOSH, P.C.**

By _____
    Christopher P. Bauman
PO Box 30684
Albuquerque, NM  87190
(505) 883-3191 - telephone
(505) 883-3194 - facsimile

AND

**PERKINS COIE, LLP**

Paul E. Smith
One Bellevue Center
Suite 1800, 411
108th Avenue NE
Bellevue, Washington 98004-5584
(425) 453-7317 - telephone
(425) 453-7350 - facsimile

ATTORNEYS FOR DEFENDANT

Approved as to Form:

MODRALL LAW FIRM


By  Approved via facsimile 6/11/02
    Lisa Mann
    Angelo J. Artuso
    Erin E. Langenwalter
PO Box 2168
Albuquerque, NM  87103-2168
(505) 848-1800

ATTORNEYS FOR PLAINTIFF