UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE NEW MEXICO

JUL 0 3 2002

Robert M. March
CLERK

JAMES SEABA and CORY PHILLIPS,

Plaintiffs,

v.

MESOSYSTEMS TECHNOLOGY, INC.,

Defendant.

NO. CIV-02-0103 LH/W

## AMENDED ORDER GRANTING DEFENDANT'S MOTION TO SUPPLEMENT ITS REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE

THIS MATTER having come before the Court on the Defendant's Motion to Supplement Its Reply Memorandum in Support of Motion to Dismiss or Transfer for Improper Venue, and the Court being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

WHEREFORE, IT IS ORDERED AND ADJUDGED that the Defendant's Motion to Supplement Its Reply Memorandum in Support of Motion to Dismiss or Transfer for Improper Venue is hereby granted.

IT IS FURTHER ORDERED that Plaintiff shall be permitted to file a Response to the Supplemental Reply.

HONORABLE LEROY HANSEN

Respectfully Submitted:

**BAUMAN, DOW & MCINTOSH, P.C.**

By _____
      Christopher P. Bauman
PO Box 30684
Albuquerque, NM 87190
(505) 883-3191 - telephone
(505) 883-3194 - facsimile

AND

**PERKINS COIE, LLP**

Paul E. Smith
One Bellevue Center
Suite 1800, 411
108th Avenue NE
Bellevue, Washington 98004-5584
(425) 453-7317 - telephone
(425) 453-7350 - facsimile

ATTORNEYS FOR DEFENDANT

Approved as to Form:

MODRALL LAW FIRM

By _Telephonically Approved 6/26/02_
    Lisa Mann
    Angelo J. Artuso
    Erin E. Langenwalter
PO Box 2168
Albuquerque, NM 87103-2168
(505) 848-1800

ATTORNEYS FOR PLAINTIFF