IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
NEW MEXICO

02 JUL -9 PM 4: 19

JAMES SEABA and
CORY PHILLIPS,

      Plaintiffs,

v.                                          Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

      Defendant.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, that on July 9, 2002, Plaintiffs' Non-Designation of Expert Witnesses was served via first-class mail, postage prepaid, on all counsel record.

                                      MODRALL, SPERLING, ROEHL, HARRIS
                                              & SISK, P.A.

                                        By: _____
                                            Lisa Mann
                                            Angelo J. Artuso
                                            Attorneys for Plaintiffs
                                            Post Office Box 2168
                                            Albuquerque, New Mexico  87103-2168
                                            Telephone: (505) 848-1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing Certificate
was mailed to all counsel of record this
9th _____ day of July, 2002.

MODRALL, SPERLING, ROEHL, HARRIS
      & SISK, P.A.

By: _____
    Angelo J. Artuso

0241121

25