IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

    Plaintiffs,

v.

    Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, that on July 12th, 2002, Plaintiff James Seaba's First Request for Production to Defendant were hand-delivered to Defendant's counsel of record, Christopher P. Bauman, and were served via first-class mail, postage prepaid on all other counsel record.

    MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

    By: _Angelo J. Artuso_
    Lisa Marin
    Angelo J. Artuso
    Attorneys for Plaintiffs
    Post Office Box 2168
    Albuquerque, New Mexico 87103-2168
    Telephone: (505) 848-1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing Certificate
was mailed to all counsel of record this
12th day of July, 2002.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: _Angelo J. Artuso_
Angelo J. Artuso

0234956