UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JAMES SEABA and CORY PHILLIPS,

    Plaintiffs,

v.

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

NO. CIV-02-0103 LH/WWD

## DEFENDANT'S SUPPLEMENT TO ITS REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendant MesoSystems Technology, Inc. ("Mesosystems"), by and through it attorneys and pursuant to the Court's Amended Order of July 3, 2002, hereby submits the Affidavit of Robert Hamic to supplement its Reply Memorandum in Support of Motion to Dismiss or Transfer for Improper Venue. *See* Affidavit of Robert Hamic attached as Exhibit A.

DATED: 7/17/02.

Respectfully Submitted:

BAUMAN, DOW & McINTOSH, P.C.

By_____
    Christopher P. Bauman
    Molly B. McIntosh
PO Box 30684
Albuquerque, New Mexico 87190
(505) 883-3191-telephone
(505) 883-3194-facsimile

AND



PERKINS COIE, LLP

Paul E. Smith
One Bellevue Center
Suite 1800, 411
108th Avenue NE
Bellevue, Washington 98004-5584
(425) 453-7317-telephone
(425) 453-7350-facsimile

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Supplement was mailed via U.S. Mail to the following, on this 17th day of July, 2002.

Lisa Mann
Angelo J. Artuso
Erin E. Langenwalter
MODRALL LAW FIRM
Attorneys for Plaintiffs
PO Box 2168
Albuquerque, New Mexico 87103-2168
(505) 848-1800

_____
Molly B. McIntosh

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| JAMES SEABA and CORY PHILLIPS, <br><br> Plaintiffs, <br><br> v. <br><br> MESOSYSTEMS TECHNOLOGY, INC., <br><br> Defendant. | NO. CIV-02-0103 LH/WWD |

AFFIDAVIT OF ROBERT HAMIC
IN SUPPORT OF DEFENDANT'S MOTION TO SUPPLEMENT

STATE OF NEW MEXICO        )
                           ) ss.
COUNTY OF BERNALILLO       )

Robert W. Hamic, Jr., upon his oath states the following to be true and correct:

1.  I am employed as a private investigator by the Everest Group, L.L.C. and in that capacity conducted an investigation for Mesosystems Technology, Inc.

2.  In the course of my investigation, I determined that Mr. James Seaba used to live in rental property at 9300 Farragut Dr. NE, Albuquerque, NM. 87111, and Mr. Phillips used to live in rental property at 8605 Alta Loma, NE, Albuquerque, NM 87112.

3.  Mr. Seaba no longer lives in Albuquerque. I have located Mr. Seaba's new address which is 685 Avalon Pl., Coralville, IA 52241.


EXHIBIT A

4.       Mr. Phillips no longer lives in Albuquerque, either. I have located him at P.O. Box 4713, Detroit, MI 48204 and street address 5336 Burlington St., Detroit, MI 48204.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Robert W. Hamic

STATE OF NEW MEXICO        )
                           ) ss.
COUNTY OF BERNALILLO       )

This instrument was acknowledged before me by Robert W. Hamic this 6th day of June, 2002.

_____
NOTARY PUBLIC

My Commission Expires:

09-11-04

OFFICIAL SEAL
HILDA KENNEDY
Notary Public
State of New Mexico
My Commission Expires 09-11-04