UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT

02 JUL 24  PM 4: 17

JAMES SEABA and CORY PHILLIPS,

Plaintiffs,

v.

MESOSYSTEMS TECHNOLOGY, INC.,

Defendant.

NO. CIV-02-0103 LH/WWD

## ORDER GRANTING JOINT MOTION TO SUSPEND
## DISCOVERY DEADLINES

THIS MATTER having come before the Court on the Joint Motion to Suspend Discovery Deadlines and the Court being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

WHEREFORE, IT IS ORDERED AND ADJUDGED that the Joint Motion to Suspend Discovery Deadlines, pending a decision by the Court on the defendant's motion to dismiss or transfer for improper venue, is hereby granted.

HONORABLE WILLIAM W. DEATON, JR.



Respectfully Submitted:

BAUMAN, DOW & MCINTOSH, P.C.

By _____
~ Christopher P. Bauman
PO Box 30684
Albuquerque, NM 87190
(505) 883-3191 - telephone
(505) 883-3194 - facsimile
*Attorneys for Defendant*


PERKINS COIE, LLP
Paul E. Smith
One Bellevue Center
Suite 1800, 411
108th Avenue NE
Bellevue, Washington 98004-5584
(425) 453-7317 - telephone
(425) 453-7350 - facsimile
*Attorneys for Defendant*


Approved as to Form:

MODRALL LAW FIRM



By   Telephonic Approval given 7/24/02
        Lisa Mann
        Angelo J. Artuso
        Erin E. Langenwalter
PO Box 2168
Albuquerque, NM 87103-2168
(505) 848-1800
*Attorneys for Plaintiff*