IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.

        Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

### PLAINTIFFS' RESPONSE TO DEFENDANT'S SUPPLEMENT TO ITS REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Plaintiffs, James Seaba and Cory Phillips, pursuant to the Court's Order of July 3, 2002, submit this Response to Defendant's Supplement to its Reply Memorandum in Support of Motion to Dismiss. Attached hereto as Exhibit A is a recent article from the New Mexico Business Weekly in which Defendant, MesoSystems Technology, Inc. states that it has requested $9 million in industrial revenue bonds from the City of Albuquerque, "as it makes plans to move its headquarters to Albuquerque from Kennewick, Wash., and hire nearly 150 new employees." In light of these developments, Defendant's argument that the State of Washington is a more convenient forum in which to try this case, is no longer valid.

For the reasons set forth in Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss or Transfer for Improper Venue, and in light of Defendant's recently announced decision to relocate to Albuquerque, New Mexico, Defendant's Motion to Dismiss or Transfer for Improper Venue, should be denied.



                        Respectfully submitted,

                        MODRALL, SPERLING, ROEHL, HARRIS
                           & SISK, P.A.

                        By: *Angelo J. Artuso* (signature)
                            Lisa Mann
                            Angelo J. Artuso
                            Attorneys for Plaintiffs
                            Post Office Box 2168
                            Albuquerque, New Mexico  87103-2168
                            Telephone: (505) 848-1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing pleading
was mailed to all counsel of record this
5th     day of August, 2002.

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By: *Angelo J. Artuso* (signature)
     Angelo J. Artuso

0246668

**THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE...**