*UNITED STATES DISTRICT COURT*

*DISTRICT OF NEW MEXICO*

*Clerk's Minutes*

*Before the Honorable C. LeRoy Hansen*

**CASE NO.** CIV 02-103    **DATE:** September 4, 2002

**TITLE:** *JAMES SEABA and CORY PHILLIPS v. MESOSYSTEMS TECHNOLOGY, INC.*

**COURTROOM CLERK:** G. Earley    **COURT REPORTER:** F. Donica

**COURT IN SESSION:** 1:48 p.m.    **COURT IN RECESS:** 1:55 p.m.

**TYPE OF PROCEEDING:** Motion to Dismiss/Transfer for Lack of Venue

**COURT'S RULINGS/DISPOSITION:** Plaintiff will file an amended complaint today.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

Lisa Mann

Angelo Artuso

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Christopher Bauman

Alberto A. Leon

**PROCEEDINGS:**

Court in Session:   1:48 p.m.

Ned Godshall present for Defendant.

Ms. Mann approaches lectern, per court's instruction.

Defendant has not filed responsive pleading or m/summary judgment. May amend under rule 15(a).

Ms. Mann states that she would amend only to remove reference for recission of Non-Compete Agreement contained in Count XIII. Ms. Mann will file amended complaint today, and Court will accept filing.

Defendant does not want to proceed with arguments under an amended complaint that has not yet been filed.

Court in recess: 1:55 p.m.

The Honorable C. LeRoy Hansen    - Page 1 -    Clerk's Minutes