IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

02 SEP -6 PM 4: 08

Civ. No. 02-103 LH/WWD  MLK

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, that on September 6, 2002, Plaintiff Cory Phillips' First Set of Interrogatories to Defendant were hand-delivered to Defendant's counsel of record, Christopher P. Bauman, and were served via first-class mail, postage prepaid on all other counsel record.

        MODRALL, SPERLING, ROEHL, HARRIS
        & SISK, P.A.

        By: _Angelo J. Artuso_
        Lisa Mann
        Angelo J. Artuso
        Attorneys for Plaintiffs
        Post Office Box 2168
        Albuquerque, New Mexico 87103-2168
        Telephone: (505) 848-1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing Certificate
was hand-delivered or mailed to all counsel of
record this 6th day of September, 2002.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: _Angelo J. Artuso_
Angelo J. Artuso

0234956

