IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

    Plaintiffs,

v.                                    Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, that on September 6, 2002, Plaintiff Cory Phillips' First Requests for Production to Defendant were hand-delivered to Defendant's counsel of record, Christopher P. Bauman, and were served via first-class mail, postage prepaid on all other counsel record.

                MODRALL, SPERLING, ROEHL, HARRIS
                &amp; SISK, P.A.

                By: _____
                Lisa Mann
                Angelo J. Artuso
                Attorneys for Plaintiffs
                Post Office Box 2168
                Albuquerque, New Mexico 87103-2168
                Telephone: (505) 848-1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing Certificate
was hand-delivered or mailed to all counsel of
record this 6th day of September, 2002.

MODRALL, SPERLING, ROEHL, HARRIS
&amp; SISK, P.A.

By: _____
Angelo J. Artuso

0234956

