IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.                                  Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that Plaintiff James Seaba's Answers to Defendant's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission were served on Defendant's counsel of record Christopher P. Bauman via first class mail, postage prepaid, this 30th day of September 2002.

                                      MODRALL, SPERLING, ROEHL, HARRIS
                                      & SISK, P.A.

                                      By: _____
                                      Lisa Mann
                                      Angelo J. Artuso
                                      Attorneys for Plaintiffs
                                      Post Office Box 2168
                                      Albuquerque, New Mexico 87103-2168
                                      Telephone: (505) 848-1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing Notice
was mailed to Plaintiff's counsel,
Christopher P. Bauman, this
1st day of October, 2002.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: *Angelo J. Artuso*
Angelo J. Artuso

0256107