IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.                               Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that Plaintiff Cory Phillips' Answers to Defendant's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission were served on Defendant's counsel of record Christopher P. Bauman via first class mail, postage prepaid, this 30th day of September 2002.

        MODRALL, SPERLING, ROEHL, HARRIS
        & SISK, P.A.

        By: _Angelo J. Artuso_ (signature)
        Lisa Mann
        Angelo J. Artuso
        Attorneys for Plaintiffs
        Post Office Box 2168
        Albuquerque, New Mexico 87103-2168
        Telephone: (505) 848-1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing Notice
was mailed to Plaintiff's counsel,
Christopher P. Bauman, this
 1st   day of October , 2002.

MODRALL, SPERLING, ROEHL, HARRIS
 & SISK, P.A.

By: *Angelo J. Artuso*
 Angelo J. Artuso

0256107