IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and CORY PHILLIPS,

    Plaintiff,

    -vs-                                    No. CIV 02-0103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

## NOTICE OF MOTION HEARING

**BY DIRECTION OF THE HONORABLE C. LEROY HANSEN:**

    **PLEASE TAKE NOTICE** that this matter will come on for a continuation of the motion hearing on Defendant's Motion to Dismiss or Transfer for Improper Venue, filed February 19, 2002 (Docket No. 5), on **Tuesday, November 19, 2002 at 1:30 p.m.,** at the United States Courthouse, 333 Lomas Blvd. NW, "*Bonito*" Courtroom, 5th Floor, Albuquerque, New Mexico. **Inquiries and scheduling conflicts should be directed to Kathy Gonzales, Courtroom Deputy for Judge Hansen, at 505/348-2250*.**

                                            */s/ Robert M. March*
                                            _____

                                            **ROBERT M. MARCH, Clerk**

    This will certify that a true copy of the foregoing was mailed/electronically noticed on it's date of filing to counsel of record per the Court's Electronic Filing System.

_____

    * To obtain daily information regarding the status of court settings, please refer to the court calendar which can be accessed through the Court's web site at www.nmcourt.fed.us/dcdocs/.