IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

       Plaintiffs,

v.                                                           Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

       Defendant.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Defendant's Answers to Plaintiff Cory Phillips' First Interrogatories to Defendant and Defendant's Responses to Plaintiff Cory Phillips' First Requests for Production to Defendant, along with a copy of this Certificate, were hand-delivered to Angelo J. Artuso, Esq. and Lisa Mann, Esq., Modrall, Sperling, Roehl, Harris & Sisk, P.A., 500 4th St. NW #1000, Albuquerque, New Mexico on this 22nd day of October, 2002.

BAUMAN, DOW & MCINTOSH, P.C.

By: _____
Alberto A. Leon
PO Box 30684
Albuquerque, NM 87190-0684
(505) 883-3191

I HEREBY CERTIFY that a true
and correct copy of the foregoing pleading
was hand-delivered to counsel of record this
22nd day of October, 2002.
_____
Alberto A. Leon