IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA, et al.,

    Plaintiffs,

vs.                                                          Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

## ORDER

This matter comes before the Court *sua sponte*. A settlement conference is set for December 3, 2002. The settlement conference will be vacated pending ruling on the Motion to Dismiss or Transfer for Improper Venue. Counsel for Plaintiff shall notify the undersigned when the ruling has been made.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE