IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

02 NOV 18 PM 3:34

JAMES SEABA and
CORY PHILLIPS,

      Plaintiffs,

v.

Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

      Defendant.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that an original and one (1) copy of Defendant's Supplemental Responses to Plaintiff Cory Phillips' First Requests for Production to Defendant, along with a copy of this Certificate, were mailed via U.S. Mail to Angelo Artuso, Esq. and Lisa Mann, Esq., Modrall, Sperling, Roehl, Harris & Sisk, PA, PO Box 2168, Albuquerque, NM 87103-2168, on this 5th day of November, 2002.

                        BAUMAN, DOW & MCINTOSH, P.C.

                        By: _____
                              Christopher P. Bauman
                              Alberto A. Leon
                              PO Box 30684
                              Albuquerque, NM 87190-0684
                              (505) 883-3191

WE HEREBY CERTIFY that a true
and correct copy of the foregoing pleading
was mailed to all counsel of record this
5th day of November, 2002.

_____
Alberto A. Leon

