FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 26 2002

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and CORY PHILLIPS,

    Plaintiffs,

vs.                                                                 No. CIV 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

## ORDER

**THIS MATTER** comes before the Court on Defendant's Motion to Dismiss or Transfer for Improper Venue (Docket No. 5), filed February 19, 2002. The Court has considered the briefs and supplemental briefs submitted by the parties, and heard the oral arguments of counsel at a hearing held November 19, 2002. For the reasons stated on the record at that hearing, the Court finds that Defendant's motion is **not well-taken** and should be **denied**.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Dismiss or Transfer for Improper Venue is **denied**.

                                                UNITED STATES DISTRICT JUDGE