IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED

03 FEB 20 PM 2: 35

JAMES SEABA and
CORY PHILLIPS,

      Plaintiffs,

v.

Civ. No. 02-103 LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

      Defendant.

### NOTICE OF NON-APPEARANCE

COMES NOW the Defendant MesoSystems Technology, Inc. ("MesoSystems"), by and through its attorneys, Bauman, Dow, McIntosh & León, P.C. (Alberto A. León) and hereby gives notice that Dr. Charles Call will not appear for the deposition set for February 28, 2003 at 9:00 a.m. at the offices of Modrall, Sperling, Roehl, Harris & Sisk, P.A.

BAUMAN, DOW, MCINTOSH & LEÓN, P.C.

By _____
Alberto A. León
P.O. Box 30684
Albuquerque, NM 87190-0684
(505) 883-3191
Attorneys for Defendant

I hereby certify that a copy
of the foregoing was faxed to
counsel of record this 20th
day of February, 2003.

_____
Alberto A. León