IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA ,

               Plaintiff(s),               Civil No. 02-103 LH/WWD

vs.

MESOSYSTEMS TECH,

               Defendant(s).

## **MINUTE ORDER**

     Please be advised that the above captioned case has been reassigned from Magistrate Judge William W. Deaton to U.S. Magistrate Judge W. Daniel Schneider for discovery purposes .

     In accordance with D.N.M. LR-CIV 10'1 the first page of each paper must have the case file number and initial of the assigned Judges' **Failure to include initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of ruling by the newly-assigned judge.**

     Kindly reflect this change when submitting further pleadings for this case. **Case Number CIV 02-103 LH/WDS**

                                       */s/ Robert M March*
                                     CLERK, U.S. DISTRICT COURT