IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

James Seaba, et al.,

        Plaintiff(s),

vs.                                                                    CIVIL NO:02cv103 LH/WDS

MesoSystems Tech,

        Defendant(s).

# M I N U T E   O R D E R

        Please be advised that the above captioned case has been reassigned from U.S. Magistrate Judge W. Daniel Schneider to U.S. Magistrate Judge Robert H. Scott.

        Kindly reflect this change when submitting further pleadings for this case.

**CASE NUMBER:  02cv103 LH/RHS.**

*Robert M March*
_____
ROBERT M. MARCH
Clerk, U.S. District Court