IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and CORY PHILLIPS,

        Plaintiffs,

vs.                                                                          Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

## ORDER DENYING DEFENDANT'S MOTION TO MODIFY SUBPOENA

THIS MATTER comes before the Court on Defendant's Motion to Modify Subpoena [docket no. 53]. The Court, after reviewing the pleadings, being advised in the premises, and being notified that the parties have reached an agreement on this matter, will deny the motion as moot.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Modify Subpoena [docket no. 53] is denied as moot.

                                        */s/ Robert Hayes Scott*
                                        ROBERT HAYES SCOTT
                                        UNITED STATES MAGISTRATE JUDGE