IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

      Plaintiffs,

v.

MESOSYSTEMS TECHNOLOGY, INC.,

      Defendant.

03 APR 11 PM 4:06

Civ. No. 02-103 LH/WWD

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, that on April 11, 2003, Plaintiff Cory Phillips' Second Set of Interrogatories to Defendant were hand-delivered to Defendant's counsel of record, Christopher P. Bauman, and were served via first-class mail, postage prepaid on all other counsel record.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: _____
Lisa Mann
Angelo J. Artuso
Attorneys for Plaintiffs
Post Office Box 2168
Albuquerque, New Mexico 87103-2168
Telephone: (505) 848-1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing Certificate
was hand-delivered or mailed to all counsel of
record this 11th day of April, 2003.

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By: *Angelo J. Artuso*
    Angelo J. Artuso

0234956