UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED

03 APR 15 PM 3: 56

JAMES SEABA and CORY PHILLIPS,

Plaintiffs,

v.

MESOSYSTEMS TECHNOLOGY, INC.,

Defendant.

NO. CIV-02-0103 DJS/WWD

# NOTICE OF ERRATUM TO DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER FILED APRIL 14, 2003

COMES NOW, the Defendant by and through its counsel of record, Bauman, Dow, McIntosh & León, P.C. (Christopher P. Bauman) and hereby gives notice that they inadvertently omitted Exhibit A, Magistrate Judge Scott's Order Denying Defendant's Emergency Motion for Reconsideration of Order on Attorney Client Privilege for Protective Order, For Order to Strike and For Expedited Briefing, from their Objection. Attached hereto is Exhibit A.

Respectfully submitted,

**BAUMAN, DOW, McINTOSH & LEÓN, P.C.**

By_____
Christopher P. Bauman
Attorneys for Defendant
PO Box 30684
Albuquerque, New Mexico 87190
(505) 883-3191



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing notice was faxed and mailed to counsel of record on April 15th, 2003.

Lisa Mann
Angelo J. Artuso
Erin E. Langenwalter
MODRALL LAW FIRM
PO Box 2168
Albuquerque, NM 87103-2168

_____
Christopher P. Bauman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and CORY PHILLIPS,

    Plaintiffs,

vs.                                        Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

### ORDER DENYING DEFENDANT'S EMERGENCY MOTION FOR RECONSIDERATION OF ORDER ON ATTORNEY-CLIENT PRIVILEGE FOR PROTECTIVE ORDER, FOR ORDER TO STRIKE AND FOR EXPEDITED BRIEFING

This matter having come before the Court on the Defendant's Emergency Motion for Reconsideration of Order on Attorney-Client Privilege, the Court having considered the pleadings and being advised that on April 1, 2003, the Honorable W. Daniel Schneider conducted an emergency telephonic hearing pursuant to the request of counsel relative to discovery during an oral deposition. Judge Schneider overruled the Defendant's objection concerning attorney-client privilege and directed the deponent to answer the questions propounded to him. After Judge Schneider's ruling was announced, the deponent proceeded to answer questions about the subject communications.

Subsequently, counsel determined that Judge Schneider was not the assigned United States Magistrate for the above captioned cause and contacted my office asking that I rule on Defendant's Emergency Motion for Reconsideration. I respectfully declined to rule on the

-1-



telephone and asked counsel to submit either a written motion or, in the alternative, copies of the case law upon which they relied.

The Court has now considered these submittals and hereby affirms Judge Schneider's decision wherein he overruled Defendant's objection based on the lawyer-client privilege.

IT IS ORDERED that Defendant's objections concerning attorney-client privilege on the basis of joint client common interest privilege are respectfully overruled.

*Robert Hayes Scott*
ROBERT SCOTT HAYES
United States Magistrate Judge

-2-