IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.

        Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that Defendant's Second Set of Interrogatories, Requests for Production of Documents and Requests for Admissions to James Seaba, and Defendant's Second Set of Interrogatories, Requests for Production of Documents and Requests for Admissions to Cory Phillips were hand-delivered to Angelo J. Artuso this 16th day of April, 2003.

BAUMAN, DOW, MCINTOSH & LEON, P.C.

By: _____
Alberto A. Leon
PO Box 30684
Albuquerque, NM 87190-0684
(505) 883-3191

WE HEREBY CERTIFY that a true and correct copy of the foregoing pleading was hand delivered to Mr. Artuso this 16th day of April, 2003.

_____
Alberto A. Leon