IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

03 APR 11  PM 4:06

v.

        Civ. No. 02-103  LH/WWD

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, that on April 11, 2003, Plaintiff James Seaba's Second

Requests for Production to Defendant were hand-delivered to Defendant's counsel of

record, Christopher P. Bauman, and were served via first-class mail, postage prepaid on

all other counsel record.

        MODRALL, SPERLING, ROEHL, HARRIS
        & SISK, P.A.

        By: _Angelo J. Artuso_____
        Lisa Mann
        Angelo J. Artuso
        Attorneys for Plaintiffs
        Post Office Box 2168
        Albuquerque, New Mexico  87103-2168
        Telephone: (505) 848-1800





WE HEREBY CERTIFY that a true
and correct copy of the foregoing Certificate
was hand-delivered or mailed to all counsel of
record this 11th day of April, 2003.

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By: _Angelo J. Artuso_____
    Angelo J. Artuso

0234956