IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.

        Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

## MESOSYSTEMS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND FOR ATTORNEYS' FEES AND COSTS AS A SANCTION FOR PLAINTIFFS' ABUSE OF THE DISCOVERY PROCESS

        Pursuant to Federal Rules of Civil Procedure Rule 37(b)(2)(C) and Rule 37(c)(1), defendant MesoSystems Technology, Inc. ("MesoSystems") hereby moves the Court for an Order dismissing Plaintiffs' Complaint, with prejudice, for Plaintiffs' repeated abuses of the discovery process. As discussed in the accompanying brief in support of this Motion, Plaintiffs have engaged in a pattern of providing false answers under oath to MesoSystems' written discovery requests, at their oral depositions and in pleadings filed with the Court. In light of the nature of Plaintiffs' conduct, they have engaged in a pattern of spoliation of evidence which clearly demonstrate Plaintiffs' intention to destroy and hide evidence that is highly damaging to their position in this action.

        **WHEREFORE**, MesoSystems hereby respectfully moves the Court to dismiss Plaintiffs' action as a sanction for their repeated abuses of the discovery process, perjury and spoliation of evidence. MesoSystems also requests an award of the attorneys' fees and costs incurred in defending this litigation, including the costs incurred in uncovering Plaintiffs' deception, and for any other relief the Court deems just and proper.

DATED: April 22, 2003.

            BAUMAN, DOW, McINTOSH & LEÓN, P.C.

            By: _____
               Alberto A. León
               Christopher P. Bauman
               Attorneys for Defendant
               P.O. Box 30684
               Albuquerque, New Mexico 87190-0684
               (505) 883-3191

I HEREBY CERTIFY that a true
and correct copy of the foregoing
was hand-delivered to counsel of record
this 22 day of April, 2003.

_____
Alberto A. León

F:\MesoSystem Technology\Documents\4-22-03\MotionXSanctions1.doc

2