IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.

                      Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that an original and one copy each of Defendant's Responses to Plaintiff Cory Phillips' Second Set of Interrogatories, Defendant's Responses to Plaintiff James Seaba's Second Requests for Production, and a copy of this Certificate of Service were hand-delivered Angelo J. Artuso, Attorney for Plaintiffs, 500 Fourth Street NW, Suite 1000, Albuquerque, New Mexico 87102, this 12th day of May, 2003.

                      BAUMAN, DOW, MCINTOSH & LEON, P.C.

                      By: _____
                      Christopher P. Bauman
                      Alberto A. Leon
                      PO Box 30684
                      Albuquerque, NM 87190-0684
                      (505) 883-3191
                      Attorneys for Defendant

