UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JAMES SEABA and CORY PHILLIPS,

Plaintiffs,

v.

MESOSYSTEMS TECHNOLOGY, INC.,

Defendant.

NO. CIV-02-0103 LH/RHS

### DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE AND RE-SET SETTLEMENT CONFERENCE

COMES NOW Defendant MesoSystems Technology, Inc., and hereby files this, its Response to Plaintiffs' Motion to Vacate and Re-Set Settlement Conference.

On, April 8, 2003, the Court entered an Order Setting Settlement Conference for June 25, 2003. On May 9, 2003, Plaintiffs filed a Motion to Vacate and Re-Set the Settlement Conference scheduled for June 25, 2003 (the "Motion"). As grounds for the Motion, Plaintiffs represents to this Court that "Plaintiff James Seaba, on behalf of his employer, is scheduled to be at the Montreaux [sic] Energy Roundtable, in Montreaux, [sic] Switzerland on June 25, 2003."

The Motion conveniently fails to disclose to this Court that the Montreux Energy Roundtable is scheduled for June 16-18, 2003. The conference ends a full week before the June 25, 2003 Settlement Conference. See Montreux Energy Roundtable XIV Registration Information attached as **Exhibit A**. Mr. Seaba is simply one of three panelists on a 90 minute session scheduled to conclude at 10:30 AM local time on June 18, 2003. See **Exhibit A**.



1

In his affidavit attached to the Motion, James Seaba states that his presentation is on June 18, 2003. Mr. Seaba further indicates that he has a "business meeting near Frankfurt, Germany from June 23 to 24, 2003" and that he will return to the United States on June 25, 2003. See Affidavit of James Seaba, Ph.D. ¶ 3 attached as Exhibit A to the Motion. Neither the Motion nor Mr. Seaba's affidavit disclose to the Court that the Switzerland Roundtable actually ends on June 18, 2003.

While James Seaba's attendance at the Roundtable may have some importance to his work, the relevance of the Frankfurt meeting is also conveniently omitted. In fact, the Motion does not even mention the Frankfurt meeting. The Motion simply states that James Seaba will be "at the Montreaux [sic] Energy Roundtable, in Montreaux, [sic] Switzerland on June 25, 2003." See Motion, p.1. According to James Seaba's own affidavit, that statement in the Motion is utterly false. One can only conclude that Plaintiffs once more are attempting to deceive this Court and MesoSystems.

In the Motion, Plaintiffs claim that "Plaintiff James Seaba and his employer will suffer significant hardship if he is unable to attend the conference in Switzerland". Plaintiffs' fail to explain the nature of any "significant hardship" Plaintiff James Seaba will suffer if required to attend the Settlement Conference in Albuquerque on June 25, 2003, one full week after the Switzerland conference ends.

WHEREFORE, Defendants respectfully request that the Court enter its Order denying Plaintiffs' Motion and for the Settlement Conference in this case to take place as scheduled on June 25, 2003.

DATED: May 15, 2003.

**BAUMAN, DOW, McINTOSH & LEÓN, P.C.**

By _/s/ Darci A. Carroll_
Alberto A. León
Darci A. Carroll
Attorneys for Defendant
PO Box 30684
Albuquerque, New Mexico 87190
(505) 883-3191-telephone
(505) 883-3194-facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Response to Plaintiffs' Motion to Vacate and Re-Set Settlement Conference was ~~mailed via U.S. Mail~~ hand delivered to the following, on this 15th day of May 2003.

Lisa Mann
Angelo J. Artuso
Erin E. Langenwalter
MODRALL LAW FIRM
Attorneys for Plaintiffs
PO Box 2168
Albuquerque, New Mexico 87103-2168
(505) 848-1800

_/s/ Darci A. Carroll_
Darci A. Carroll

3

MONTREUX ENERGY
*is pleased to present the*

# MONTREUX ENERGY ROUNDTABLE XIV

June 16-18, 2003 • The Montreux Palace Hotel • Montreux, Switzerland

*"Renewing Dialogue and Partnerships in a Destabilized Energy World"*



*Sponsored by:*

   

*Supporting Companies:*

   EPRI   
Saudi Aramco

MONTREUX ENERGY BIN S.A.
11 Route de Drize • 1227 Geneva, Switzerland
Telephone (4122) 827-2338 • Telefax (4122) 827-2340

Richard McKean, *President*
richard@MontreuxEnergy.com

www.MontreuxEnergy.com

EXHIBIT A 

MONTREUX ENERGY

Geneva, May, 2003

Dear Friends,

The end of the Iraq war has not put to rest concerns about energy security, price volatility, and environmental and health impacts. Dialogue and partnerships, along with the application of new technologies, remain the positive course for industry in a destabilized energy world.

The future role of Iraq on world markets comes at a particularly sensitive time as the industry faces higher infrastructure costs in new frontiers and competition from new suppliers. Oil and gas prices remain key to power generation investment decisions and central to the choice of technological options for future mobility and power. Carbon sequestration may now be one important means of extending the life of carbon fuels. Beyond technology and geopolitics, Chinese and Indian policies on structural change and market liberalization have a major impact on demand. So too will the automobile industry as it seeks to supply more sustainable transport to meet consumers expectations.

Technology, know how, management and market adaptation remain important, but corporate leadership may be the important tipping effect that keeps the world from rolling backwards rather than forward to a more interdependent global economy where ultimately all have access to sustainable energy at reasonable cost.

We will have an outstanding group of industry and public leaders at Montreux in June to share their thoughts and concerns on how we can renew this dialogue and work towards partnerships to achieve a sustainable future. Our program with confirmed speakers is attached and more details including registration forms, logistical information, and program updates are available on our website: www.montreuxenergy.com

Mid-June is a particularly pleasant time to be near the Alps on Lake Geneva and the Montreux Palace Hotel and nearby sites is also an opportunity for accompanying spouses to enjoy the unique venue of the Montreux Energy Roundtable.

We look forward to seeing you in June!

With best wishes,

*Richard*

Richard McKean
President
richard@montreuxenergy.com

MONTREUX ENERGY BIN S.A.
11 Route de Drize • 1227 Geneva, Switzerland
Telephone (4122) 827-2338 • Telefax (4122) 827-2340

# MONTREUX ENERGY ROUNDTABLE XIV

June 16-18, 2003 • The Montreux Palace Hotel • Montreux, Switzerland

*"Renewing Dialogue and Partnerships in a Destabilized Energy World"*

**Monday June 16**     19:45-21:45   Registration and Opening Reception

**Tuesday June 17**

Session 1 **Middle East Crisis, Market Outlook, and Energy Security**
8:45-10:45

- Claude Mandil Executive Director **International Energy Agency** Paris
- Dr. Majid Al-Moneef, Advisor to the Minister, Ministry of Petroleum, Riyadh*
- Ian Seymour, Editor Emeritus, **MEES Middle East Economic Survey**, Nicosia
- Vahan Zanoyan, Chief Executive Officer, **PFC Energy**, Washington
- Jean-Marie Bourdaire, Director of Studies, **World Energy Council**, London

Session 2 **Oil & Gas: Competition for Markets, Resources and Technology**
11:15-13:00

- Ali Al Muhareb, Senior Vice President, Corporate Planning, **Aramco**, Dhahran
- Nick Zana, Chairman & Chief Executive Officer, **Nelson Resources**, London
- Peter Fleimisch, General Manager, **Addax & Oryx Group**, Geneva

Session 3 **Power: Outlook for Liberalization and Structural Change**
2:00-16:00

- Zhao Dadi, Director General, Energy Research, **National Development and Reform Commission**, Beijing
- Dirk Beeuwsaert, Chief Executive Officer Electricity and Gas International, **Tractebel SA**, Brussels
- Steve Gehl, Director of Strategic Technology, **Electric Power Research Institute EPRI**, Palo Alto

Session 4 **Workshop Sessions**
16:30-17:45

19:30  **Gala Dinner: Chateau de Chillon with spouses**

# MONTREUX ENERGY ROUNDTABLE XIV
June 16-18, 2003 • The Montreux Palace Hotel • Montreux, Switzerland

## Wednesday June 18

### Session 5 Mobility: The Search for Cleaner Options
9:00-10:30

- Dr. Alessandro Ovi, Industrial Advisor to the President of the **European Commission**, Brussels
- Dr. James Seaba, Director Advanced Technology, **ConocoPhillips**, Bartlesville
- **Toyota** Speaker to be announced

10:30-11:00 Break

### Session 6: Carbon Sequestion and Corporate Action

- Rod Judkins, Program Director Fossil Energy, **Oak Ridge National Laboratories**, Oak Ridge
- Joe Abrardo, Managing Director, Hydrogen, **Air Products**, Allentown*
- Gardiner Hill, Manager, **BP Group** Environmental Technology, Washington
- Dr. Kjell Oren, Director EHS **Norsk Hydro**, and **World Business Council for Sustainable Development**, Geneva

13:00-14:30   Lunch

14:30-15:30   Roundtable Conclusions

All speakers confirmed except those marked*

\* Indicates speaker invited but subject to confirmation. All other speakers confirmed.

#### SPOUSES PROGRAM:

A separate program with outdoor excursions will be organized for participating spouses. They are welcome at the opening reception and at the Gala Dinner in the Chateau de Chillon. Expect late spring weather with cool evenings and possible showers. Roundtable attire is coat and tie, while the Gala Dinner is more formal with business suit but not black tie.

Any subsequent program changes will be available on our website:

# www.MontreuxEnergy.com

# MONTREUX ENERGY ROUNDTABLE
## REGISTRATION FORM

June 16-18, 2003 • The Montreux Palace Hotel • Montreux, Switzerland

## PLEASE FAX THIS FORM TO GENEVA: **+4122-827-2340**

Please complete and fax this form to us as soon as possible to reserve a Roundtable seat. This must be received in Geneva at the latest by May 30, 2003 to ensure a place at this year's Roundtable. Participation in the Montreux Roundtable is strictly limited to provide a meaningful dialogue among participants, so we urge you to register early. If you are unable to attend, but wish future invitations, we asked that you still return this form or contact us via email.

- ❑ **Please register the below name.** Deadline to register: **May 30, 2003**
- ❑ **I am unable to attend**, but please keep me on the Montreux Energy Invitation List
- ❑ Please Add or Modify Contact Details Below       ❑ Remove the name below on your Invitation List
- ❑ Send an Invitation to the **HYDROGEN INFRASTRUCTURE ROUNDTABLE II** (October 8-10, 2003 in Denver)

*Mr/Dr/Ms:*                  *First Name:*                       *Last Name:*

*Title / Position:*

*Company / Organization:*

*Address:*

*Suite / PO Box:*

*City:*                                                          *State / Province:*

*Zip/Mail Code:*                                                 *Country:*

*TEL:*                                                           *FAX:*

*E-MAIL:*

*Website:*

**Roundtable Payment:** The Roundtable Registration fee is $2,500.00 or Swiss Francs SFr 3,500.00. This fee includes all Roundtable proceedings and documentation but not travel or hotel costs. We prefer payment to be made by bank transfer and can only accept VISA or MasterCard (Eurocard) credit card payments. Check or bank transfer payments must be made out to BIN Business Intelligence Network S.A, the parent company of Montreux Energy.

*Cancellation Policy:* Your registration will be confirmed along with a receipt once we have received payment. No refunds can be made after May 30 but we do accept substitutions at any time without charges. Refunds will be charged a service fee of $250.

- ❑ **By check:** Please make payable to: **BIN Business Intelligence Network S.A.** Send to the address below.
- ❑ **By wire transfer to BIN S.A.:** Our bank details are: UBS Bank Geneva, Swift Bank Code UBSWCHZH12A please insure payment is made to **BIN Business Intelligence Network S.A for registration fee Montreux Energy Roundtable.**

   Wire transfer in Swiss Francs:   UBS Account Number: 217 916 00 F    Cost: SFr. 3,500.00
   Wire transfer in US Dollars.     UBS Account Number. 217 961.60 W    Cost: US$ 2,500.00

- ❑ **By credit card:** Please complete and return: Credit Card Payments automatically debited in Swiss Francs by **BIN Business Intelligence Network S.A**

| We can only accept ❑VISA or ❑MasterCard/Eurocard | Cardholders Name: |
|---|---|
| Card Number: | Exp: |
| Signature: | Date: |

## Hotel Reservations and Key Information:
Once we have your completed **Registration Form**, hotel room reservation details will be sent to you. We have reserved a block of comfortable rooms at the Montreux Palace Hotel. Participants not staying in the Montreux Palace Hotel will be charged a fee of Swiss Francs 500 or $350 to cover roundtable meal and beverage costs.

| Richard McKean, *President* | Telephone (4122) 827-2338 |
|---|---|
| **Montreux Energy • BIN S.A.** | Telefax (4122) 827-2340 |
| 11 Route de Drize, PO Box 1811 | Email: richard@montreuxenergy.com |
| 1227 Geneva, Switzerland | |

Case 1:02-cv-00103-LH-RHS   Document 78   Filed 05/15/03   Page 9 of 10

# MONTREUX ENERGY

## – Recent Participants –

- ABB Energy Capital
- ACE USA Energy
- Air Products & Chemicals
- Akzo Nobel
- Alstom
- American Petroleum Institute
- Anadarko Petroleum
- Aral AG
- Aramco Services Company
- Arête Microgen Fund
- Arthur D Little
- ATK Thiokol
- Atomic Energy of Canada ltd.
- Baker & McKenzie
- Ballard Power Systems
- Banc of America Securities
- BASF AG
- BC Hydro
- Bear, Stearns
- Bechtel
- BG Group
- BMW AG
- BNFL British Nuclear Fuels
- BNP Paribas
- Boeing - Rocketdyne
- Booz Allen & Hamilton
- BP Amoco plc
- California Air Resources Board
- Capstone Turbine Corporation
- Caterpillar Inc
- CH2M Hill Companies
- ChevronTexaco Tech Ventures
- Chinese National Petroleum Corp
- Chrysalix Energy Management
- Chubu Electric Power Co.
- Cinergy Corporation
- Colorado School of Mines
- ComEd
- ConocoPhillips
- Credit Suisse First Boston Corp
- DaimlerChrysler AG
- DeNora
- Deutsche Bank
- DuPont Co.
- Dynetek Industries Ltd.
- Edison Electric Institute
- EDS Global Energy Group
- ENEL Power SpA
- Energy Conversion Devices
- Energy Future Coalition
- ENI
- Entergy Nuclear
- Environmental Defense
- EPRI Worldwide
- Eskom
- European Commission
- Exxon Mobil
- Fiat Auto R&D USA
- Fluor Daniel Corporation
- Ford Motor Company
- Fort Collins Utilities
- FuelCell Energy, Inc.
- GE Capital
- General Dynamics
- General Hydrogen
- General Motors Corporation
- Goldman Sachs
- Green Mountain Energy
- Greenpeace USA
- H Power Corp.
- H2Gen Innovations Inc.
- Halliburton Energy Services
- HERA Hydrogen Storage Sys
- Honda R&D Co. Ltd.
- Honeywell Power Systems
- Hydrogen Source, LLC
- Hydro-Quebec CapiTech Inc.
- Hypercar, Inc.
- HyRadix Inc.
- IEA International Energy Agency
- Institut Francais du Petrole IFP
- Johnson Matthey Fuel Cells
- Kellogg Brown & Root
- Kennecott Energy Company
- Kuwait Petroleum
- Lockheed Martin
- Los Alamos National Laboratory
- Lubrizol Corporation
- McKinsey & Company
- Methanex Corporation
- Millennium Cell
- Mitsubishi Corporation
- National Renewable Energy Lab
- NEG Micon A/S
- Norsk Hydro ASA
- Nth Power, LLC
- Nuvera Fuel Cells
- Oak Ridge National Laboratory
- OPEC
- PEMEX Petroleos Mexicanos
- Petrobras
- Petro-Canada Inc.
- Pew Ctr on Global Climate Chg
- Plug Power, inc
- Praxair Inc.
- Proton Energy Systems
- Rocky Mountain Institute
- Rolls-Royce Energy Systems
- RWE Energie
- SABIC
- SAIC
- SAM Private Equity
- Sasol Ltd
- Saudi Arabian Oil Company
- Schlumberger Limited
- Shell Hydrogen
- Shell International
- Snamprogetti
- Sonatrach
- Statoil ASA
- STM Power
- Stuart Energy Systems Inc
- Sulzer Hexis AG
- Suncor Energy Inc.
- Swiss Re
- Sydkraft AB
- Syntroleum Corporation
- The World Bank
- TotalFinaElf
- Toyota Motor Corporation
- TransCanada PipeLines
- TXU Europe
- U.S. Department of Energy
- U.S. EPA
- University of Colorado
- Vestas Wind Technology
- Visteon
- Volkswagen AG
- Waukesha Engine
- World Energy Council
- World Resources Institute
- Worldwatch Institute
- Xcel Energy

# MONTREUX ENERGY

**FOUNDED IN 1990**, Montreux Energy organizes four strategic forums on the future of global energy investment. Held annually in Switzerland, the **MONTREUX ENERGY ROUNDTABLE** convenes senior executives from the oil, gas, automotive, and power industries, their advisors, the finance and insurance communities, and public leaders from ministries and international organizations. The **ASPEN CLEAN ENERGY ROUNDTABLE** was created in 1994 to discuss investment in clean, sustainable energy and transportation solutions, including low emission vehicles, microturbines, distributed energy, and hydrogen and fuel cells. The **HYDROGEN INFRASTRUCTURE INVESTMENT ROUNDTABLE** is focused on investment in hydrogen production, storage, and delivery and fueling. The **CHINA-MONTREUX ENERGY ROUNDTABLE**, our newest roundtable, will be held October 15-17, 2003 in Beijing.

Since 1990, over 2,500 senior industry, government, and international leaders have taken part in the Montreux Roundtables. Participation is by invitation only and all sessions are "off the record" and closed to the press in order to facilitate an open and frank dialogue. We undertake no publishing or lobbying but do engage in advisory work on an ad hoc basis where we can assist clients and the industry to improve investment decisions. Montreux Energy is grateful for the ongoing advice and assistance provided by the **Montreux Energy Steering Committee:**

- **CONOCOPHILLIPS**   Ann Oglesby, *Manager, Emerging Technology*, Bartlesville
- **DELOITTE TOUCHE**, Christopher Nicholson, *Group Leader Energy & Resources*, Richmond VA
- **EDISON ELECTRIC INSTITUTE**   John Easton, *Vice President, International Programs*, Washington, D.C.
- **FINANCIAL CONSULTANT**   Dr. Ahmed Al Malik, *Former Vice Governor, SAMA*, Riyadh
- **INDEPENDENT CONSULTANT**   G. Phillip Tevis, Dallas
- **INDUSTRIAL CONSULTANT**   Abdalaziz Al-Jarbou, Riyadh
- **INDONESIAN INSTITUTE FOR ENERGY ECONOMICS**   Dr. Subroto, *President*, Jakarta
- **INSTITUT FRANCAIS DU PETROL**   Jean-Francois Giannesini, *Advisor to the Chairman*, Paris
- **INTERNATIONAL ENERGY AGENCY**   Ambassador William Ramsay, *Deputy Executive Director*, Paris
- **JOHN GAULT S.A.**   Dr. John Gault, *President*, Geneva
- **MINISTERIALDIREKTION I.R.**   Dr. Helga Steeg, *Former Executive Director, IEA*, Wachtberg
- **MITSUBISHI CORP**   Taichi Itoh, *General Manager Energy & Chemical Projects*, Tokyo
- **NALCOSA**   Nordine Ait-Laoussine, *Chairman*, Geneva
- **OAK RIDGE NATIONAL LABORATORY**   Gil Gilliland, *Director Energy Technology*, Oak Ridge
- **PETROLEOS DE VENEZUELA**   Dr. Ali Rodriquez, *President*, Caracas
- **OXFORD INSTITUTE OF ENERGY STUDIES**   Adrian Lajous, *Former CEO, PEMEX*, Mexico City
- **ROCKY MOUNTAIN INSTITUTE**   Dr. Amory Lovins, *Co-CEO*, Snowmass, Colorado
- **SANCROFT INTERNATIONAL**   The Rt. Hon. John Gummer, *Chairman*, London
- **SHELL INTERNATIONAL PETROLEUM**   Mark Gainsborough, *Head of Fuels*, London
- **SPENCER MANAGEMENT CONSULTANTS**   Byron Washom, *President*, Diablo, California
- **TECHNOCONSULT**   Dr. Antonio Casas Gonzalez, *Senior Advisor*, Caracas
- **THE WORLD BANK**   Jamal Saghir, *Chairman, Energy & Mining Board*, Washington, D.C.
- **WINDSOR ENERGY GROUP**   Paul Tempest, *Executive Director*, London
- **WORLD ENERGY COUNCIL**   Gerald Doucet, *Secretary General*, London

Richard McKean, *President*
Montreux Energy • BIN S.A.
11 Route de Drize
1227 Geneva, Switzerland
Telephone (4122) 827-2338
Telefax (4122) 827-2340
richard@montreuxenergy.com

Andrew Bermingham, *Managing Director*
Montreux Energy LLC
700 17th Street, Suite 1950
Denver, Colorado 80202 USA
Telephone 1-303-534-0193
Fax 1-303-534-0195
aberm@montreuxenergy.com

www.MontreuxEnergy.com