IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA,

    Plaintiff,

vs.                                                                 Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Vacate and Re-Set Settlement Conference filed May 9, 2003 [docket no. 75], and Defendant's response to the motion filed May 15, 2003. The motion is well taken and will be granted. The settlement conference set for June 25, 2003, is VACATED and reset for <u>TUESDAY, JULY 29, 2003, at 9:00 a.m.</u>; the confidential settlement letters are now due JULY 21, 2003. All other terms and conditions of my Order Setting Settlement Conference shall remain in full force and effect.

    **IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE