IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and CORY PHILLIPS,

     Plaintiffs,

v.                                                              Civ. No. 02-103  LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

     Defendant.


**<u>CERTIFICATE OF SERVICE</u>**

     WE HEREBY CERTIFY, that on May 16, 2003, Plaintiff James Seaba's Answers to Defendant's Second Set of Interrogatories, Second Requests for Production of Documents and Second Requests for Admission were served via first-class mail, postage prepaid to Defendant's counsel of record, Christopher P. Bauman and Alberto A. León, Bauman, Dow, McIntosh & León, P.C., P.O. Box 30684, Albuquerque, NM 87190 and Paul E. Smith, Perkins Coie LLP, One Bellevue Center, Suite 1800, 411-108th Avenue Northeast, Bellevue, WA 98004-5584.

               MODRALL, SPERLING, ROEHL, HARRIS
               & SISK, P.A.


By:_____
      Lisa Mann
      Angelo J. Artuso
      Attorneys for James Seaba
      Post Office Box 2168
      Bank of America Centre
      500 Fourth Street NW, Suite 1000
      Albuquerque, New Mexico  87103-2168
      Telephone: 505.848.1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing
Certificate was mailed to all counsel of
record this 16th day of May 2003.

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.


By:_____
   Lisa Mann


*K:\dox\client\65518\112\W0298566.DOC*