IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and CORY PHILLIPS,

    Plaintiffs,

v.       Civ. No. 02-103  LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, that on May 16, 2003, Plaintiff Cory Phillips' Answers to Defendant's Second Set of Interrogatories, Second Requests for Production of Documents and Second Requests for Admission were served via first-class mail, postage prepaid to Defendant's counsel of record, Christopher P. Bauman and Alberto A. León, Bauman, Dow, McIntosh & León, P.C., P.O. Box 30684, Albuquerque, NM 87190 and Paul E. Smith, Perkins Coie LLP, One Bellevue Center, Suite 1800, 411-108th Avenue Northeast, Bellevue, WA 98004-5584.

    MODRALL, SPERLING, ROEHL, HARRIS
      & SISK, P.A.

    By: _____
      Lisa Mann
      Angelo J. Artuso
      Attorneys for Cory Phillips
      Post Office Box 2168
      Bank of America Centre
      500 Fourth Street NW, Suite 1000
      Albuquerque, New Mexico  87103-2168
      Telephone: 505.848.1800

WE HEREBY CERTIFY that a true and correct copy of the foregoing Certificate was mailed to all counsel of record this 16th day of May 2003.

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.


By: _____
    Lisa Mann


*K:\dox\client\65518\112\W0298561.DOC*