UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| JAMES SEABA and CORY PHILLIPS, <br><br> Plaintiffs, <br><br> v. <br><br> MESOSYSTEMS TECHNOLOGY, INC., <br><br> Defendant. | 03 MAY 16 PM 4: 23 <br><br> NO. 02-CV-103 LH/RHS |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant MesoSystems Technology, Inc. ("MesoSystems"), pursuant to Fed. R. Civ. P. 56, hereby submits its Motion for Summary Judgment and states:

1. There is no material fact in dispute as to the legal claims.

2. MesoSystems is entitled to judgment as a matter of law against Plaintiffs in all claims in the complaint.

3. MesoSystems incorporates by reference its Memorandum Brief in Support of Motion for Summary Judgment being filed concurrently herewith.

WHEREFORE, Defendant MesoSystems moves this Court for its order granting summary judgment against Plaintiffs.

DATED: 05/16/03.   Respectfully Submitted:

BAUMAN, DOW, McINTOSH & LEÓN, P.C.

By _____
Alberto A. León
Darci A. Carroll
PO Box 30684
Albuquerque, New Mexico 87190
(505) 883-3191-telephone
(505) 883-3194-facsimile

AND

**PERKINS COIE, LLP**

>Paul E. Smith
>One Bellevue Center
>Suite 1800, 411
>108th Avenue NE
>Bellevue, Washington 98004-5584
>(425) 453-7317-telephone
>(425) 453-7350-facsimile

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Partial Summary Judgment ~~was mailed via U.S. Mail~~ was hand delivered to the following, on this 16th day of May, 2003.

Lisa Mann
Angelo J. Artuso
Erin E. Langenwalter
MODRALL LAW FIRM
Attorneys for Plaintiffs
PO Box 2168
Albuquerque, New Mexico 87103-2168
(505) 848-1800

/ Alberto A. León

2