IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.                              Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

**EXHIBITS TO PLAINTIFFS' RESPONSE IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs submit the attached Exhibits in support of their Response to Defendant's Motion for Summary Judgment (docket no. 87) filed herein on June 2, 2003.

                        MODRALL, SPERLING, ROEHL, HARRIS
                           & SISK, P.A.

                By: _____
                      Angelo J. Artuso
                      Attorneys for Plaintiffs
                      P.O. Box 2168
                      Albuquerque, New Mexico 87103-2168
                      Telephone: 505.848.1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing pleading
was mailed to all counsel of record this
___4th___ day of June, 2003.

MODRALL, SPERLING, ROEHL, HARRIS
   && SISK, P.A.

By: _____
     Angelo J. Artuso



**THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE...**