IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.                                                                 Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

### JOINT STIPULATION FOR LEAVE TO EXCEED EXHIBIT LIMIT

Plaintiffs and Defendant hereby stipulate that Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment may exceed the page limit for Exhibits provided by D.N.M.LR-Civ 10.5.

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By: _____
    Angelo J. Artuso
    Attorneys for Plaintiffs
    P.O. Box 2168
    Albuquerque, NM 87103
    (505) 848-1800

BAUMAN, DOW, McINTOSH & LEÓN, P.C.

By: ___e-mail approval 6/4/03_____
    Chris Bauman
    P.O. Box 30684
    Albuquerque, NM 87190-0684
    (505) 883-3191

0302617

