**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 18 2003

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JAMES SEABA and CORY PHILLIPS,

Plaintiffs,

v.

NO. CIV-02-0103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

Defendant.

### AFFIDAVIT OF RHONDA LUJAN

STATE OF NEW MEXICO )
) ss.
COUNTY OF BERNALILLO )

Rhonda Lujan, upon her oath states the following to be true and correct:

1. I was employed at MesoSystems Technology, Inc. ("MesoSystems") from November 8, 2001 until February 3, 2002 as a Receptionist. I have personal knowledge of the facts stated herein.

2. I am aware that MesoSystems kept a number of items received from James Seaba and Cory Phillips after their employment at MesoSystems ended in a locked file cabinet. At no time did I ever have access to a key to the locked file cabinet, nor did I ever access that locked file cabinet.

3. Lisa Albrecht accessed the locked cabinet and removed a coated foam block and gave it to me on February 7, 2002 to send off for analysis (to determine if Plaintiffs had used it or destroyed it).

4. At no time did I ever have access or in any way touch the computers that MesoSystems had assigned to Seaba and Phillips.



FURTHER AFFIANT SAYETH NAUGHT.

*[signature: Rhonda Lujan]*
Rhonda Lujan

STATE OF NEW MEXICO      )
                          ) ss.
COUNTY OF BERNALILLO     )

This instrument was acknowledged before me by Rhonda Lujan this 17th day of June 2003.

*[signature]*
NOTARY PUBLIC

My Commission Expires:

12/22/04

F:\MesoSystem Technology\Pleadings\Affidavit of Rhonda Lujan 2.doc

OFFICIAL SEAL
Phyllis L. Blair
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 12/22/04