IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED



03 JUN 24 PM 3: 27

JAMES SEABA and
CORY PHILLIPS,

    Plaintiffs,

v.

Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

### NOTICE OF COMPLETION OF BRIEFING OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES

Plaintiffs James Seaba and Cory Phillips hereby notify the Court that the following pleadings have been filed:

(1) Plaintiffs' Motion To Compel Defendant's Discovery Responses, filed May 27, 2003 *(Doc. No. 85)*;

(2) Mesosystems' Opposition to Plaintiffs' Motion To Compel Defendant's Discovery Responses, and Motion for Protective Order, filed Jun 10, 2003 *(Doc. No. 92)*;

(3) Affidavit of Ned Godshall in Support of Mesosystems' Oppositions to Plaintiffs' Motions to Compel, filed June 10, 2003 *(Doc. No. 93)*;

(4) Affidavit of Alberto A. Leon in Support of Mesosystems' Oppositions to Plaintiffs' Motions to Compel, filed June 10, 2003 *(Doc. No. 95)*; and



(5)  Plaintiffs' Reply To Motion To Compel Defendant's Discovery Responses, filed concurrently herewith.

The Motion is fully briefed and is ready for argument and/or a decision by this Court.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: *Angelo J. Artuso*
Lisa Mann
Angelo J. Artuso
*Attorneys for Plaintiffs*
Post Office Box 2168
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing pleading
was hand-delivered to Defendant's counsel of
record, Bauman, Dow, McIntosh & Leon, P.C. and
mailed to all other counsel of record this
24th day of June, 2003.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: *Angelo J. Artuso*
Angelo J. Artuso

W0306761.DOC