IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

03 JUN 24 PM 3:28

JAMES SEABA and
CORY PHILLIPS,

        Plaintiffs,

v.                              Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

        Defendant.

## NOTICE OF COMPLETION OF BRIEFING OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO CONDUCT A COMPLETE SEARCH FOR ALL ELECTRONIC ASSETS FOR DOCUMENTS RESPONSIVE TO DISCOVERY REQUESTS AND TO PRODUCE LAPTOP COMPUTER FOR INSPECTION

Plaintiffs James Seaba and Cory Phillips hereby notify the Court that the following pleadings have been filed:

(1) Plaintiffs' Motion To Compel Defendant To Conduct A Complete Search For All Electronic Assets For Documents Responsive To Discovery Requests And To Produce Laptop Computer For Inspection, filed May 27, 2003 *(Doc. No. 84)*;

(2) Mesosystems' Opposition to Plaintiffs' Motion To Compel Defendant To Conduct A Complete Search For All Electronic Assets For Documents Responsive To Discovery Requests And To Produce Laptop Computer For Inspection, filed Jun 10, 2003 *(Doc. No. 94)*;

(3) Affidavit of Ned Godshall in Support of Mesosystems' Oppositions to Plaintiffs' Motions to Compel, filed June 10, 2003 *(Doc. No. 93)*;

(4) Affidavit of Alberto A. Leon in Support of Mesosystems' Oppositions to Plaintiffs' Motions to Compel, filed June 10, 2003 *(Doc. No. 95)*; and

(5) Plaintiffs' Reply To Motion To Compel Defendant To Conduct A Complete Search For All Electronic Assets For Documents Responsive To Discovery Requests And To Produce Laptop Computer For Inspection, filed concurrently herewith.

The Motion is fully briefed and is ready for argument and/or a decision by this Court.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: *[signature]*
Lisa Mann
Angelo J. Artuso
*Attorneys for Plaintiffs*
Post Office Box 2168
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800

WE HEREBY CERTIFY that a true
and correct copy of the foregoing pleading
was hand-delivered to Defendant's counsel of
record, Bauman, Dow, McIntosh & Leon, P.C. and
mailed to all other counsel of record this
24th day of June, 2003.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: *[signature]*
Angelo J. Artuso

W0306762.DOC