IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SEABA and
CORY PHILLIPS,

    Plaintiffs,

v.            Civ. No. 02-103 LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

    Defendant.

**NOTICE OF COMPLETION RE:
DEFENDANT'S MOTION TO COMPEL**

  Defendant, Mesosystems Technology, Inc. ("MesoSystems"), by and through its counsel of record, Bauman, Dow, McIntosh & León, P.C., (Alberto A. León) do hereby give notice of completion of the briefing on Defendant's Motion to Dismiss. The following pleadings have been filed:

  1. Defendant's Motion to Compel;

  2. Plaintiffs' Response in Opposition to Defendant's Motion to Compel; and

  3. Defendant's Reply to Plaintiffs' Response to Defendant's Motion to Compel.

  A packet of the aforementioned pleadings has been provided the District Court.

Respectfully submitted,

BAUMAN, DOW, MCINTOSH & LEÓN, P.C.

By _____
Alberto A. León
Darci A. Carroll
P.O. Box 30684
Albuquerque, NM 87190-0684
(505) 883-3191

I certify that a copy of the foregoing
foregoing was hand-delivered to counsel
of record this 24th day of June, 2003.

_____
Darci A. Carroll

F/MesoSystems/Pldgs/Notice of Completion