## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO



JAMES SEABA and
CORY PHILLIPS,

      Plaintiffs,

v.

                                 Civ. No. 02-103  LH/RHS

MESOSYSTEMS TECHNOLOGY, INC.,

      Defendant.

03 JUL 25  PM 3: 31

---

### NOTICE OF COMPLETION RE:
### DEFENDANT'S AMENDED MOTION TO COMPEL

---

Defendant, Mesosystems Technology, Inc. ("MesoSystems"), by and through its counsel of record, Bauman, Dow, McIntosh & León, P.C., (Alberto A. León) do hereby give notice of completion of the briefing on Defendant's Amended Motion to Compel. The following pleadings have been filed:

1.     Defendant's Amended Motion to Compel;

2.     Plaintiffs' Response in Opposition to Defendant's Amended Motion to Compel; and

3.     Defendant's Reply to Plaintiffs' Response to Defendant's Amended Motion to Compel.

A packet of the aforementioned pleadings has been provided the District Court.

114

Respectfully submitted,

BAUMAN, DOW, MCINTOSH & LEÓN ,P.C.

By _____

Alberto A. León
Darci A. Carroll
P.O. Box 30684
Albuquerque, NM  87190-0684
(505) 883 -3191

I certify that a copy of the foregoing
foregoing was sent via facsimile
transmission to counsel
of record this 25th day of July, 2003.

Darci A. Carroll

F/MesoSystems/Pldgs/Notice of Completion