Sharon

RE: 02-103 LH/RHS
Seabra et al. v. Mesosystems

Please show on the docket sheet that a **Settlement** conference took place on **7-24-03** in this case before Judge Scott.

Thank you.

Carla

116