IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

03 NOV -4  AM 11: 13

| | |
|---|---|
| JAMES SEABA and CORY PHILLIPS, <br><br> Plaintiffs, <br><br> v. <br><br> MESOSYSTEMS TECHNOLOGY, INC., <br><br> Defendant. | CIV. NO. 02-103 LH/RHS <br><br> STIPULATION OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, James Seaba and Cory Phillips hereby dismiss with prejudice their Complaint filed in this case, AND MesoSystems Technology, Inc., hereby dismisses with prejudice its Counterclaim filed in this case. Each party will bear its own attorneys fees and costs.

**MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**

By _____
Lisa P. Manri
Angelo J. Artuso
Attorneys for Plaintiffs
James Seaba and Cory Phillips
P.O. Box 2168
Albuquerque, New Mexico 87103-2168
(505) 848-1800 – telephone
(505) 848-1891– facsimile

**BAUMAN, DOW, McINTOSH & LEÓN, P.C.**

By _____
Alberto A. León
Christopher P. Bauman
Attorneys for Defendant
MesoSystems Technology, Inc.
P.O. Box 30684
Albuquerque, New Mexico 87190
(505) 883-3191 – telephone
(505) 883-3194—facsimile

1

[/Stipulation of Dismissal]